583 A.2d 334

MARGARITA ROJAS v. STEWART JAMIESON.

March 7, 1990.

Petition for certification denied.

583 A.2d 334

STATE OF NEW JERSEY v. JOHN HARVEY RUSSELL.

March 7, 1990.

Petition for certification denied.

583 A.2d 334

STATE OF NEW JERSEY v. MICHAEL D'ALESSANDRO.

March 7, 1990.

Petition for certification denied.

583 A.2d 334

STATE OF NEW JERSEY v. ANGEL SAM FIGUEROA.

March 7, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 215, 567 *A.*2d 269)